IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

03 DEC 23 PM 1:12

DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| JOHN SUMEREL, III, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.03-C-0204-NE |
| ALLSTATE INSURANCE COMPANY and JERRY BRUNSON, | ) |
| Defendants. | ) |

**ENTERED**
DEC 2 3 2003

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, the defendants' objections, and the plaintiff's response to the objections, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the plaintiff's motion for remand is due to be granted and this action remanded to the Circuit Court for Morgan County, Alabama for lack of subject matter jurisdiction. An appropriate order will be entered.

DONE this 23rd day of December, 2003.

_____
U. W. Clemon,
Chief United States District Judge

